UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CRIMINAL NO. 5:06CR28

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> )  <br> Plaintiff,  )  <br> v.  )  <br> )  **ORDER DISMISSING FORFEITURE** <br> )  <br> JAMES WESLEY MYERS, JR.  )  <br> a/k/a "Jimmy Myers"  )  <br> )  <br> Defendant.  ) | |

Upon the motion of the United States and for good cause shown, the Court dismisses the forfeitures of the following properties with prejudice:

**One SKS AK-47 rifle, serial number 9332374, with magazines**

**The quantity of 7.62 caliber bullets, seized on or about April 1, 2006, from the residence and curtilage located at 121 Pervie Lane, Statesville, North Carolina**

Signed: August 17, 2007

Richard L. Voorhees
United States District Judge